23

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

SEP 01 1998

Michael N. Milby
Clerk of Court

Ernesto Pena, Jr. §
§
versus §
§
The Housing Authority of §
the City of Brownsville, et al §

CIVIL ACTION B 98-1

United States District Court
Southern District of Texas
ENTERED

SEP 03 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_____, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge