United States District Court
Southern District of Texas
ENTERED

SEP 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

26

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 2 4 1998

Michael N. Milby
Clerk of Court

Ernesto Pena, Jr.  §
§
versus  §   CIVIL ACTION B-98-001
§
The Housing Authority  §
of the City of Brownsville, Tx, et al  §

## Order Setting Status Conference

1. A pre-trial conference will be held on:

   September 29, 1998

   at 11:00 A.m.

   in Judge Tagle's Chambers
   United States Court House
   500 East Tenth Street, Room 428
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

4. For the convenience of out-of-town counsel, the court will allow them to participate by telephone. Make this request to the case manager in writing well in advance of the conference date. No confirmation will be made, and the court will initiate the call.

Signed on September 24, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.