AO 85 (2/86) Consent to Proceed

~~United States District Court~~
Southern District of Texas
ENTERED

SEP 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## UNITED STATES DISTRICT COURT

Southern District of Texas

Ernesto Pena, Jr.
_____
Plaintiff

v.

The Housing Authority of the
City of Brownsville, Texas, et. al.
_____
Defendant

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE AND
ORDER OF REFERENCE

Case Number: B-98-001

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| [signature] | 9/2/98 |
| [signature] | 9/3/98 |
| [signature] | 9-3-98 |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this judicial circuit, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ELECTION OF APPEAL TO DISTRICT JUDGE

(DO NOT EXECUTE THIS PORTION OF THE FORM IF THE PARTIES DESIRE THAT THE APPEAL LIE DIRECTLY TO THE COURT OF APPEALS.)

The parties in this case further consent, by signing below, to take any appeal to a judge of the district court, in accordance with 28 U.S.C. 636(c)(4) and Fed.R.Civ.P. 73(d).

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable John Wm. Black, United States Magistrate, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

September 29, 1998
_____
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO PROCEED BEFORE A MAGISTRATE