

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO PEÑA, JR., | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-001 |
| | § | |
| THE HOUSING AUTHORITY OF THE CITY OF BROWNSVILLE, ET AL, | § | |
| | § | |
| Defendant(s). | § | |

**ORDER GRANTING DEFENDANT HENRY GONZALEZ'S
MOTION TO DISMISS**

1. DEFENDANT HENRY GONZALEZ'S Rule 12 (B)(6) Motion to Dismiss is GRANTED. (Dkt. No. 4-2)

2. PLAINTIFF ERNESTO PEÑA, JR.'S claims as to Defendant HENRY GONZALEZ, Individually and as Mayor of the City of Brownsville, Texas are DISMISSED WITH PREJUDICE.

DONE at Brownsville, Texas, this 29 day of September 1998.

_____
Hilda G. Tagle
United States District Judge

*United States District Court*
*Southern District of Texas*
*ENTERED*
*SEP 30 1998*
*Michael N. Milby, Clerk Of Court*
*By Deputy Clerk*