United States District Court
Southern District of Texas
ENTERED

NOV 19 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO PEÑA, JR., § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. | |
| § | | |
| THE HOUSING AUTHORITY OF THE CITY § | B-98-001 | |
| OF BROWNSVILLE, TEXAS, CITY OF § | (JURY REQUESTED) | |
| BROWNSVILLE, TEXAS, THE HONORABLE § | | |
| HENRY GONZALEZ, Individually and as § | | |
| MAYOR OF THE CITY OF BROWNSVILLE, § | | |
| TEXAS, MR. JOSE GUADALUPE URQUIZA, § | | |
| MR. PATRICK LEHMANN, and MR. SAM § | | |
| FRUIA, Individually and as Board § | | |
| Members of the BROWNSVILLE HOUSING § | | |
| AUTHORITY, § | | |
| Defendants. § | | |

**ORDER GRANTING DEFENDANT HENRY GONZALEZ'S UNOPPOSED
RULE 54(b) MOTION FOR ENTRY OF FINAL JUDGMENT**

BE IT REMEMBERED that on this day came on for consideration Defendant Henry Gonzalez's Unopposed Rule 54(b) Motion for Entry of Judgment in the above referenced cause of action. Upon consideration of said motion, the Court finds that it has entered an order dismissing Plaintiffs' claims as to Defendant Henry Gonzalez with prejudice; that there are remaining Defendants in this action; that there is no just reason to delay entry of final judgment as to Defendant Henry Gonzalez; and that Defendant Henry Gonzalez is severable from the remaining Defendants in this action.

The Court is therefore of the opinion that Defendant Henry Gonzalez's Rule 54(b) Motion for Entry of Final Judgment should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Defendant Henry Gonzalez's Rule 54(b) Motion for Entry of Final Judgment be and is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that FINAL JUDGMENT be and is hereby ENTERED in favor of Defendant Henry Gonzalez, individually and in his capacity as Mayor of the City of Brownsville, Texas.

SIGNED for entry on 18 Nov, 1998.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

cc: Charles Willette, Jr.
John Chosy
Bill McCarthy
Ricardo Morado