32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ERNESTO PENA, JR.      *
    VS                        *    C.A. NO. B98 001
THE HOUSING AUTHORITY OF THE      *       (636(c))
CITY OF BROWNSVILLE, TEXAS, ET AL

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **February 10, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **March 10, 1999**. Failure to file such motion shall conclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (1.) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States district Court for the Southern District of Texas, shall be filed no later than **April 9, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference be set for **April 15, ~~1998~~ 1999**, 1:30 p.m.

(6) Trial on the merits be set for **May, 1999**, docket call.

DONE at Brownsville, Texas, on **December 10, 1999**.

John Wm. Black
United States Magistrate Judge