33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

JAN 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ERNESTO PENA, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-001 |
| § | |
| THE HOUSING AUTHORITY OF THE § | |
| CITY OF BROWNSVILLE, TEXAS, ET AL. § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                 ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                                       DATE AND TIME:

**FEBRUARY 11, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JANUARY 25, 1999

TO:      MR. WILLIAM J. McCARTHY
         MR. JOHN E. CHOSY
         MR. RICARDO MORADO

ClibPDF - www.fastio.com