37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ERNESTO PENA, JR., | * |
| Plaintiff | * |
| | * |
| v. | *   CIVIL ACTION NO. B-98-001 |
| | * |
| THE HOUSING AUTHORITY OF THE | * |
| CITY OF BROWNSVILLE, TEXAS, | * |
| ET. AL., | * |
| Defendants | * |

**ORDER GRANTING LEAVE
TO FILE COUNTERCLAIM**

Defendant Brownsville Housing Authority's Motion for leave to File Counterclaim has come before the Court. Based on the submissions of the parties, the Court is of the opinion that the motion is well taken and should be granted to the extent set forth herein. Therefore, it is

ORDERED that defendant Brownsville Housing Authority is hereby granted leave to file its counterclaim.

The clerk is directed to file the counterclaim as of the date of this order.

Signed this _11_ day of ___FED___ 1999.

_____
John Wm. Black, U.S. Magistrate Judge