42

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**ORDER**

| | | |
|---|---|---|
| ERNESTO PENA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-001 |
| | § | |
| THE HOUSING AUTHORITY OF THE | § | |
| CITY OF BROWNSVILLE, TEXAS, ET AL. | § | |

TYPE OF CASE:      __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON UNOPPOSED MOTIONS OF JOHN E. CHOSY TO WITHDRAW AS ATTORNEY-IN CHARGE

DEFENDANT'S ADAN PEREZ, ACTING EXECUTIVE DIRECTOR OF BROWNSVILLE HOUSING AUTHORITY, PATRICK LEHMANN, SAM FRUIA, ROGERIO LOPEZ AND IRMA SOLITAIRE MUST BE PRESENT FOR THIS HEARING

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM

DATE AND TIME:

JUNE 24, 1999 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 4, 1999

TO:     MR. WILLIAM J. McCARTHY
        MR. JOHN E. CHOSY
        MR. RICARDO MORADO