IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ERNESTO PENA, JR., <br>     Plaintiff | \* <br> \* <br> \* |
| v. | \*   CIVIL ACTION NO. B-98-001 <br> \* |
| THE HOUSING AUTHORITY OF THE <br> CITY OF BROWNSVILLE, TEXAS, <br> ET. AL., <br>     ~~Defendants~~ | \* <br> \* <br> \* <br> \* |

## ORDER GRANTING LEAVE TO WITHDRAW

The Unopposed Motion of John E. Chosy for Leave to Withdraw as attorney-in-charge for defendants Housing Authority of the City of Brownsville, Texas; Patrick Lehmann; and Sam Fruia has come before the court  For the reasons stated in that motion, the Court grants the motion and it is

ORDERED that John E. Chosy is granted leave to withdraw and is hereby withdrawn as attorney-in-charge for defendants Housing Authority of the City of Brownsville, Texas; Patrick Lehmann; and Sam Fruia.  Mr. Chosy is ordered to forthwith certify to the clerk the addresses for the parties he formerly represented to which this court may send written communications until such time as another attorney enters an appearance for defendants Housing Authority of the City of Brownsville, Texas; Patrick Lehmann; and Sam Fruia.

The Clerk is hereby ordered to delete Mr. Chosy from the records of this case as attorney-in-charge for defendants Housing Authority of the City of Brownsville, Texas; Patrick Lehmann; and Sam Fruia and to send all further

communications to the addresses certified by Mr. Chosy until such time as another attorney enters an appearance for those parties.

Signed this 24 day of JUNE, 1999.

_____
United States Magistrate Judge

ORDER GRANTING LEAVE TO WITHDRAW – PAGE 2