4b

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
FILED

JUN 24 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ERNESTO PENA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-001 |
| | § | |
| THE HOUSING AUTHORITY OF THE | § | |
| CITY OF BROWNSVILLE, TEXAS, ET AL. | § | |

TYPE OF CASE:  __X__ CIVIL         ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 20, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  JUNE 29, 1999

TO:  MR. WILLIAM J. McCARTHY
     MR. RICARDO MORADO
     MR. ADAN PEREZ, JR.