47

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

AUG 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ERNESTO PENA, JR. | § |
| | § |
| VS. | § |
| | § |
| THE HOUSING AUTHORITY OF THE | § |
| CITY OF BROWNSVILLE, TEXAS, ET AL. | § |

CIVIL ACTION NO. B-98-001

TYPE OF CASE: ___X___ CIVIL        _____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**AUGUST 20, 1999 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**AUGUST 27, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JULY 29, 1999

TO:       MR. WILLIAM J. McCARTHY
          MR. JOHN E. CHOSY
          MR. RICARDO MORADO