IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 3 0 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ERNESTO PEÑA, JR. | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | CASE NO. B-98-001 |
| | * | |
| BROWNSVILLE HOUSING | * | |
| AUTHORITY, ET. AL., | * | |
| Defendants | * | |

### ORDER GRANTING SUBSTITUTION OF COUNSEL

The Unopposed Motion of Reynaldo S. Cantu to Substitute Counsel for the defendants **BROWNSVILLE HOUSING AUTHORITY, ET. AL.** has come before the Court for the reasons stated in said motion, the Court grants the motion and it is

**ORDERED** that Reynaldo S. Cantu is hereby entered as Attorney of record for defendants **BROWNSVILLE HOUSING AUTHORITY, ET. AL.**

The Clerk is hereby ordered to enter Mr. Reynaldo S. Cantu as Attorney of record for case for the defendants **BROWNSVILLE HOUSING AUTHORITY, ET. AL.** and to send all correspondence and communications to 1000 E. Madison, Brownsville, Texas 78520.

SINGED this __27TH__ day of __AUGUST__, 1999.

_____
United States Magistrate Judge