

54

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

### ORDER

JAN 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ERNESTO PENA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-001 |
| | § | |
| THE HOUSING AUTHORITY OF THE | § | |
| CITY OF BROWNSVILLE, TEXAS, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 18, 2000 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JANUARY 7, 2000

TO:     MR. WILLIAM J. McCARTHY
        MR. REYNALDO CANTU
        MR. RICARDO MORADO
        MR. W. MICHAEL FISHER