57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO PENA, JR. | § | |
| | § | |
| VS. | § | |
| | § | |
| THE HOUSING AUTHORITY OF THE CITY | § | |
| OF BROWNSVILLE, TEXAS, CITY OF | § | CIVIL ACTION NO. B-98-001 |
| BROWNSVILLE, TEXAS, THE HONORABLE | § | (Jury Requested) |
| HENRY GONZALEZ, Individually and as | § | |
| MAYOR OF THE CITY OF BROWNSVILLE, | § | |
| TEXAS, MR. JOSE GUADALUPE URQUIZA, | § | |
| MR. PATRICK LEHMANN, and MR. SAM | § | |
| FRUIA, Individually and as Board Members of the | § | |
| Brownsville Housing Authority | § | |

## SUMMARY JUDGMENT

On this day came on to be heard Defendant Jose Guadalupe Urquiza's motion for summary judgment, and the Court having considered the pleadings, the summary judgment evidence, the authorities and the arguments of counsel, finds that Defendant's motion is well taken and should be granted. The Court finds that there are no genuine issues of material fact and that Defendant is entitled to summary judgment as a matter of law.

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that all of Plaintiff's claims against Defendant Jose Guadalupe Urquiza be and the same are hereby dismissed.

**IT IS FURTHER ORDERED** that Jose Guadalupe Urquiza recover his costs from Plaintiff.

DONE this _18_ day of _FEBRUARY_, 2000.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Summary Judgment -
/mot.summary.judg/21055.msj

Solo Page